FILED
U.S. District Court
District of Kansas

1/3/2025

Clerk, U.S. District Court
By____A.A.____Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas
### (Wichita Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASE NO. 25-6006-01-02-BGS

ZANE TILCOCK and
EMILY WISE,

Defendants.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

**Bank Robbery**
[18 U.S.C. § 2113 (a)]

On or about December 11, 2024, in the District of Kansas, the defendant,

**ZANE TILCOCK**

by force, violence and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of Intrust Bank, located in Wichita, Kansas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT TWO

**Bank Robbery**
**[18 U.S.C. § 2113 (a)]**

On or about December 16, 2024, in the District of Kansas, the defendants,

## ZANE TILCOCK and
## EMILY WISE

by force, violence and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of Emprise Bank, located in Wichita, Kansas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT THREE

**Bank Robbery**
**[18 U.S.C. § 2113 (a)]**

On or about December 27, 2024, in the District of Kansas, the defendant,

## ZANE TILCOCK

by force, violence and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of Sunflower

2

Bank, located in Junction City, Kansas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## FORFEITURE NOTICE

1.  The allegations contained in Counts 1-3 of this Complaint are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Section 981 (a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of one or more of the offenses set forth in Counts 1-3 of this indictment, the defendants,

## ZANE TILCOCK (Count 1-3) and
## EMILY WISE (Count 2)

shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

    A. a forfeiture money judgment against the defendant in an amount equal to the amount of gross proceeds obtained or derived by him from the commission of Counts 1-3.

3.  If any of the property described above, as a result of any act or omission of the defendants:

    A. cannot be located upon the exercise of due diligence;

    B. has been transferred or sold to, or deposited with, a third party;

C.  has been placed beyond the jurisdiction of the court;

D.  has been substantially diminished in value; or

E.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

4.  Upon conviction of one or more of the offenses set forth in Counts 1-3 of this indictment, the defendants,

## ZANE TILCOCK and
## EMILY WISE

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

A.  a silver Bryco .380 handgun, bearing serial number 1253012; and

B.  accompanying ammunition.

All pursuant to Title 18, United States Code, Section 924(d), Section 981 (a)(1)(C) and Title 28, United States Code, Section 2461(c).

I further state that I am a Detective with the Wichita Police Officer and a Task Force officer with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the

defendants, ZANE TILCOCK and EMILY WISE, committed the offenses set forth in this Complaint.

*[signature]*
Paul Herman
Federal Bureau of Investigation TFO

Attested to by the Affiant, in accordance with the requirements of Fed. R. Crim. P. 41(d)(3), by telephone or other reliable electronic means, to wit: Zoom conferencing on January 3, 2025.

*[signature]*
HONORABLE BROOKS SEVERSON
United States Magistrate Judge
District of Kansas

# PENALTIES

## Cts. 1-3: 18 U.S.C. § 2113(a) - Bank Robbery

- Punishable by a term of imprisonment of not more than twenty (20) years. (18 U.S.C. § 2113(a)).

- A term of supervised release of not more than three (3) years. (18 U.S.C. §§ 3559(a)(3) and 3583(b)(2)).

- A fine not to exceed $250,000. (18 U.S.C. § 3571(b)(3)).

- A mandatory special assessment of $100.00. (18 U.S.C. § 3013(a)(2)(A)).

- Forfeiture.

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

I, Paul Herman, Detective of the Wichita Police Department and Task Force Officer of the Federal Bureau of Investigation, being duly sworn, state the following:

### INTRODUCTION

1. This Affidavit is being offered in support of an Application for Criminal Complaint for ZANE TILCOCK (Hereinafter "TILCOCK"), a White Male, date of birth XX-XX- 2004, and EMILY WISE (Hereinafter: "WISE"), a White Female, date of birth XX-XX- 2006, for violation of Title 18 U.S.C. 2113 (Bank Robbery).

2. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), assigned to the Safe Streets Task Force and assigned to the Kansas City Field Division, Wichita Resident Agency since March 2016. I received my initial law enforcement training and instruction to become a law enforcement officer in 1994 at the Wichita-Sedgwick County Law Enforcement Training Center located in Wichita, Kansas where I received training concerning violations of criminal statutes as they relate to violations of the laws of the State of Kansas and the United States of America. After early assignments to various uniform assignments with the Wichita Police Department I was promoted to the rank of Detective and assigned to the Investigations Division in 2010. Since my promotion I have had assignments; 1) Night Investigations 2) DV/Sex crimes 3) Gang/Felony Assault 4) Homicide 5) Robbery 6) FBI Safe Streets Task Force. As a Detective I have arrested numerous individuals for violating Federal and State statutes with regards to possession, manufacture and sale of controlled substances, weapons, and other illegal contraband violations.

3. The statements contained in this affidavit are based on information known to me as a result of my participation in this investigation or on information provided to me by witnesses or

other law enforcement personnel involved in this investigation. The statements are also based upon the collective experience of other law enforcement personnel involved in this investigation and on my own training and experience as a Detective.

## PROBABLE CAUSE

4. The FBI, Wichita Police Department (WPD), and Junction City Police Department (JCPD) are conducting an investigation of three bank robberies which occurred in Wichita, Kansas and Junction City, Kansas. The robberies occurred on December 11 and 16, 2024 in Wichita followed by a robbery on December 27, 2024, in Junction City, Kansas. The three robberies appear to be related and utilize similar modus operandi and surveillance footage shows similarities in perpetrators.

5. On December 11, 2024, at approximately 5:57 PM, an unknown subject entered the Intrust Bank located at 1544 South Webb Road, Wichita, Kansas. The unknown subject brandished a silver in color semi-automatic style handgun. The suspect "charged" the handgun by racking the slide of the handgun back and approached the counter. The subject demanded money from the bank employees by pointing the gun at them and demanding "Empty the drawer!" Robbery Victim 1 (RV1) began to empty the drawers. The subject then pointed at Robbery Victim 2 (RV2) who also began to empty the drawers. After getting the money, the subject departed the bank.

6. RV2 described the subject as a White Male, approximately 6 feet tall, a medium build, wearing a charcoal hooded sweatshirt, with a black neck gaiter pulled over the subject's face and neck, blue jeans, and dark colored gloves. Another witness described the subject as approximately 5'7" - 5'8" tall.

7. An officer interviewed a witness who was outside of the bank at the time of the robbery. That witness reported they observed the subject exit the bank and run north.

8.  The loss to Intrust bank was approximately $3,414.00. Intrust bank is federally insured through the Federal Deposit Insurance Corporation (FDIC).

9.  On December 16, 2024, at approximately 10:28 AM, an unknown subject entered the Emprise Bank, located at 11111 East Harry Street, Wichita, Kansas. A teller at the Emprise Bank, Robbery Victim 3 (RV3), was finishing up the night deposit as the Teller Recycling Machine was being worked on. The subject brandished a silver in color handgun and racked the slide. The subject ordered RV3 to "Give me your cash!" The subject ordered RV3 to put RV3's hands in the air and move to the central station. The subject also ordered two other tellers, Robbery Victim 4 (RV4) and Robbery Victim 5 (RV5), located at the drive-thru lane to give the subject the cash. The subject demanded a bag but was not provided with one. The subject grabbed the money and departed the bank and ran west on Greenwich. RV4 and RV5 took photos of the subject as he departed.

10. RV3 described the subject as a younger white male, wearing light clothing, and thin build. Surveillance footage captured of the front entry way showed the subject to be a white male, roughly 5'8" tall, slender build, wearing a gray hat, black gator around his face, heavy brown jacket, dark pants, white shoes, and black gloves.

11. Officers conducted a video canvass of the area and located video, taken by a doorbell camera, at a residence located off Osie Street, located to the east of the bank. The video showed a subject matching the description of the bank robbery subject run from the west to the east before entering the rear passenger seat of what appeared to be a dark colored sedan. The sedan then departed west toward Greenwich.

12. The loss to Emprise Bank was approximately $13,500, Emprise is federally insured through FDIC.

3

13. Your affiant viewed images taken from security cameras at Intrust Bank and Emprise Bank. Based on review of the footage and the observable similarities, your affiant believes the subject of both bank robberies is the same person.

14. WPD Officer Jared Henry conducted follow up utilizing the Flock License Plate Reader in the area around the robbery and discovered a Volkswagen sedan matching the description of the vehicle seen in the Ring Doorbell Camera video. Flock identified the vehicle as a Volkswagen Jetta, Missouri Temporary tag number 07M3LA. This vehicle was registered to Amanda and Emily WISE (Hereafter "WISE") in Grain Valley Missouri.

15. Officer Henry located a stationary photo from the Flock license plate reader taken on December 15, 2024, at 10:56:03 at Pawnee and Roseberry of the Volkswagen with Missouri paper tag 07M3LA and observed 2 hats in the back window of this vehicle. One of these hats appeared to be similar to the white and gray hat with the logo emblem off to the left side of the hat above the visor worn by the W/M suspect during the Emprise Bank robbery on December 16, 2024.

16. On December 16, 2024, Kansas Highway Patrol (KHP) Trooper D. Davis stopped the Volkswagen sedan with Missouri Temporary Tag 07M3LA at mile marker 187 on northbound I-135 for going 97 miles per hour in a 75 miles per hour zone. The driver of the vehicle identified herself as Emily WISE, Date of Birth: xx-xx- 2006, and the passenger was identified as Zane TILCOCK, Date of Birth xx-xx-2004.

17. Records checks indicated TILCOCK was currently on Parole through the State of Kansas. Investigators contacted TILCOCK's parole officer, Lee Stewart. Stewart stated he had last seen TILCOCK on December 9, 2024. During this meeting TILCOCK provided telephone number 316-680-5487, and an address of 2323 South Goebel Ave, Wichita, Kansas.

18.     On December 27, 2024, at approximately 4:13 pm an unknown male subject entered the Sunflower Bank, 510 North Jefferson Street Junction City, Kansas, presented a firearm, and demanded money from the tellers. The unknown subject was wearing what appeared to be a black stocking cap on his head and a black neck gator pulled over his face in a manner to conceal his identity and black gloves on his hands. He wore a gray sweatshirt, blue jeans, cowboy boots, and had a black backpack with pink accents and an elastic pocket on the front. The handgun was silver in color and described by one witness as having a silver slide and a black body. The subject held the firearm with two hands and pointed the firearm at customer and tellers while in the bank.

19.     The subject entered on foot, ordered customers to one side of the bank, then ordered the tellers to empty the drawers onto the counter, specifically big bills. Once the tellers emptied the drawers and put the money on the table, the subject ordered them to the front of the counter at which point he went to the counter and collected the money. The subject then departed the bank on foot and moved west down 5th Street. He remained on foot until he was out of view of the singular exterior camera at Sunflower Bank.

20.     Sunflower Bank is insured through the FDIC.

21.     On December 28, 2024, at approximately 3:10 PM, WPD Officer Blake McElwain observed TILCOCK at the Scheels located at 7700 E Kellogg Drive, Wichita, Kansas. Officer McElwain described TILCOCK as wearing a black and red United States Marine Corps shirt, dark stonewashed blue Jeans, western belt, and brown in color cowboy boots. TILCOCK paid for his purchase from Scheels utilizing a large wad of US Currency. TILCOCK then exited the store and entered the VW Jetta which now bore a Kansas Temporary Tag 4007AHX. A check of Kansas Records revealed this tag belongs to a Gray 2019 VW Jetta, registered to Emily WISE at 844 N Waco, Apartment A203, Wichita, Kansas.

22. On December 31, 2024, Point Guard Management provided video of the exterior of 844 N Waco, Wichita, Kansas from December 16, 2024. The video shows two individuals, resembling Zane TILCOCK and Emily Wise, exit the apartment building, at approximately 9:43 AM, and go to a gray Volkswagen Jetta parked in the apartment parking lot. TILCOCK appears to be wearing blue jeans, a baseball style hat, and grey long sleeve t-shirt, TILCOCK places an item into the back seat of the car, WISE entered the driver's side of the vehicle. TILCOCK returned inside, then exited the apartment building a second time wearing a black hooded sweatshirt. He entered the car on the front passenger side. The car departed the apartment complex at approximately 9:45 AM. At approximately 10:47 AM, the vehicle returned to the apartment complex. TILCOCK exited the vehicle from the passenger side wearing blue jeans, black hooded sweatshirt, and no hat. He retrieved an object from the rear driver's side back seat of the vehicle before WISE and TILCOCK go inside the apartment building.

23. On January 2, 2025, Investigators conducted physical surveillance of TILCOCK and WISE. TILCOCK and WISE exited 844 N Wavo Avenue, Wichita, Kansas, and entered the Gray Volkswagen Jetta. The subject vehicle was stopped by the Wichita Police Department on Kellogg Ave traveling at a high rate of speed. After being issued a traffic ticket the vehicle travelled to 2323 South Goebel Circle, Wichita, Kansas. TILCOCK and WISE entered a Brown Truck which did not have a license plate. The truck travelled to Kellogg Tag Office located at 5620 East Kellogg Street, Wichita, Kansas. TILCOCK and WISE enter the tag office and proceed to Teller Location 3 in the Tag Office. A short time later TILCOCK and WISE exit the tag office and return to the Brown Truck, they depart the tag office location.

24. After TILCOCK and WISE departed, investigators contacted the teller who assisted TILCOCK and WISE. Investigators interviewed the teller who confirmed Zane TILCOCK

6

registered a 2001 GMC Sierra 2500. TILCOCK paid in cash for the registration. Investigators requested to look at the cash TILCOCK paid with. The teller complied and produced several $5, $10, and $20 bill denominations. Included in the $10 bills were three bills with serial numbers: IL76995029A, IL76995030A, IL76995032A. These serial numbers match the list of bait bills provided yo the Unknown Male Subject at the Sunflower Bank in Junction City, Kansas on December 27, 2024.

25. On January 2, 2025, Junction City Police located images from a License Plate reader in Junction city showing the Gray Volkswagen Jetta leaving the Junction City area at 4:23 P.M. on December 27, 2024, approximately 10 minutes after the robbery. Video from North Waco on December 27, 2024, showed the Gray Volkswagen Jetta returning to 844 N Wavo Avenue, Wichita, Kansas, at 6:20 P.M.

26. On January 2, 2025, TILCOCK and WISE were arrested in Wichita, Kansas. During a post-Miranda interview, TILCOCK admitted to committing the three aforementioned bank robberies and provided details matching the aforementioned statements. TILCOCK also confirmed his telephone number as 316-680-6427. During a post-Miranda interview, WISE admitted to driving the Gray Volkswagen Jetta on December 16, 2024, during the Robbery at Emprise Bank. WISE stated she picked TILCOCK up following the robbery. WISE also stated she was in Junction City on December 27, 2024, but sat in the passenger seat and did not drive the vehicle at that time.

27. A search warrant was issued for 844 N Waco #A203 Wichita, Kansas. Inside this apartment agents located clothing matching the clothing worn during the bank robberies at the Intrust Bank on 12/11/2024, the Emprise Bank on 12/16/2024 and the Sunflower Bank in Junction City on 12/27/204, to include shoes, coat, hat and backpack.

28. Agents also collected a silver Bryco .380 handgun, matching the gun used in all three bank robberies.

FURTHER AFFIANT SAYETH NAUHGHT.

*Paul Herman*
Paul Herman
Federal Bureau of Investigation TFO

SUBSCRIBED TO AND SWORN before me via Zoom hearing on this  3rd  day of January 2025.

*Brooks Severson*
HONORABLE BROOKS SEVERSON
United States Magistrate Judge
District of Kansas